# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                              NO. 2022 KW 0310

VERSUS

AHMON JAVON FABRE                                              **JUNE 6, 2022**

---

In Re:   Ahmon Javon Fabre, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         No. 533,612.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              MRT

COURT OF APPEAL, FIRST CIRCUIT

_q.S~l_____
      DEPUTY CLERK OF COURT
         FOR THE COURT